STATE OF CONNECTICUT *v.* ROBERT G. BOURASSA

The state's amended motion to dismiss the defendant's motion for review dated June 22, 1976, is dismissed as moot.

*Bradford J. Ward,* assistant state's attorney, in support of the motion.

Submitted September 14—decided October 6, 1976

JOAN A. ANDERSON ET AL. *v.* ZONING BOARD OF APPEALS OF THE TOWN OF SOMERS ET AL.

The petition by the defendant Everett H. Wilson for certification for appeal from the Court of Common Pleas in Tolland County is denied.

*Etalo G. Gnutti,* in support of the petition.
*James W. Sherman,* in opposition.

Submitted September 20—decided October 6, 1976

ALEXANDER D. AIELLO *v.* W. CLINTON THORNTON ET AL. (Nos. 101498, 102723)

The plaintiff's petitions for certification for appeal from the Court of Common Pleas in Fairfield County are denied.

*Raymond G. Heche,* in support of the petition.

*Burton S. Yaffie,* town attorney, and *Raymond W. Beckwith,* in opposition.

Submitted September 20—decided October 6, 1976